UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| Ryan Hardy and Matthew O'Connor, <br><br>Plaintiffs <br><br> v. <br><br> Granite State Insurance Company, <br><br> Defendant | CIVIL ACTION NO. 1:20-cv-00216 |

**DEFENDANT GRANITE STATE INSURANCE COMPANY'S
CORPORATE DISCLOSURE STATEMENT PURSUANT TO LOCAL RULE 7.1**

Pursuant to Local Rule 7.1 of the United States District Court for the District of New Hampshire, the Defendant Granite State Insurance Company, states the following:

1. Granite State Insurance Company is a direct, wholly-owned subsidiary of AIG Property Casualty U.S., Inc.

2. AIG Property Casualty U.S., Inc. is a wholly-owned subsidiary of AIG Property Casualty Inc.

3. AIG Property Casualty Inc. is a wholly-owned subsidiary of American International Group, Inc.

4. American International Group, Inc. is a publicly-held corporation.

5. No parent entity or publicly-held entity owns 10% or more of the stock of American International Group, Inc.

        The Defendant,
GRANITE STATE INSURANCE COMPANY
By its attorney,


/s/ *Tamara Smith Holtslag*
Tamara Smith Holtslag, Bar No. #20442
PEABODY & ARNOLD LLP
Federal Reserve Building
600 Atlantic Avenue
Boston, MA  02210-2261
(617) 951-2100
Dated: February 26, 2020    tsmith@peabodyarnold.com

## CERTIFICATE OF SERVICE

I, Tamara Smith Holtslag, do hereby certify, that I have this 26th day of February, 2020, served the foregoing document, by causing a copy thereof, to be sent electronically to the registered participants in this case, as identified on the Notice of Electronic Filing (NEF) and paper copies to be mailed to non-registered participants.

/s/ *Tamara Smith  Holtslag*
Tamara Smith Holtslag

1715752
15951-205410